ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA                    :

                    v.                      :     NOTICE OF INTENT
                                            :     TO FILE AN INFORMATION
NICOLAS BRITO,                              :
                                            :     08 Cr.
                    Defendant.   :
                                            :
-----------------------------------x

**08CRIM 281**

          Please take notice that the United States Attorney's Office will file an

information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the

Federal Rules of Criminal Procedure.

Dated: New York, New York
       March 25, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

           By:    _____
                  Marshall A. Camp / Julian J. Moore
                  Assistant United States Attorneys

                  AGREED AND CONSENTED TO:

           By:    _____
                  Don D. Buchwald, Esq.
                  Coleman T. Lechner, Esq.          Attorneys
                  for Nicolas Brito

JUDGE KEENAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

3/26/08   WHEEL A   Keenan