UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

NICOLAS BRITO,
 a/k/a "Nicholas Brito,"
 a/k/a "Jose Brito,"
 a/k/a "Francisco Brito,"

         Defendant.

- - - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

08 Cr.          (JFK)

08 CRIM 281

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
NICOLAS BRITO

_____
DON D. BUCHWALD, ESQ.
COLEMAN LECHNER, ESQ.
Attorneys for Nicolas Brito

Witness: _____

Date:    New York, New York
        March 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 8 2008