

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2008

MAY 13 2008

**By Hand**

Hon. John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1930
New York, N.Y.  10007

    Re:  **United States v. Nicolas Brito**,
        08 Cr. 281 (JFK)

Dear Judge Keenan:

      I write with the consent of the defense to request that the pre-trial conference in this matter, scheduled for May 14, 2008, be adjourned for approximately two weeks.  The defendant is presently subject to a medical quarantine at the Metropolitan Detention Center and unavailable to appear until after May 18. In addition, a request to transfer a related indictment from the Eastern District of New York is being filed with that Court and not yet complete.  With respect to potential adjourn dates, Don D. Buchwald, Esq., counsel for the defendant, has asked that I respectfully relate that Mr. Buchwald is unavailable the following days: May 29, May 30, June 5, and June 6.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-2008

Hon. John F. Keenan
May 12, 2008
Page 2

      Because this adjournment is sought to facilitate the defendant's appearance and in contemplation of a Rule 20 transfer requested by the defendant, I also respectfully request that the time through any adjourn date be excluded under the Speedy Trial Act.

      Very truly yours,

      MICHAEL J. GARCIA
      United States Attorney
      Southern District of New York

By: _____
    Marshall A. Camp
    Assistant United States Attorney
    (212) 637-1035

cc: Don D. Buchwald, Esq. (by fax: 212-808-7897)

*The Conference is adjourned to June 5, 2008 at 9:45 am. The time is excluded.*

SO ORDERED.

_____
HON. JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

5/15/08
DATE