```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :         08 CR. 281 (JFK)
                                    :
                                    :              ORDER
     Nicholas Brito                 :
                                    :
                  Defendant(s).     :
------------------------------------X
```

JOHN F. KEENAN, United States District Judge:

The Court having been advised that defense counsel require additional time to assess the nature and strength of the Government's case and to determine if a disposition in the matter is appropriate, the period from June 5, 2008 until June 19, 2008 at 10:30 am is excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and to prevent any possible miscarriage of justice. The Court finds that the value of this exclusion outweighs the best interests of the defendant(s) and the public interest in a speedy trial. This Order is made pursuant to 18 U.S.C. § 3161(h)(8)(B)(IV).

SO ORDERED.

Dated:   New York, New York
         June 3, 2008

                                    _____
                                         JOHN F. KEENAN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08